UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EUGENE KELLY | § | CIVIL ACTION |
| | § | |
| versus | § | NO. |
| | § | |
| ARCH INSURANCE COMPANY, | § | JUDGE |
| CASEY CARVER, PHENIX | § | |
| TRANSPORTATION WEST, INC. | § | MAG. JUDGE |
| and ARTHUR PAYTON | § | |

## NOTICE OF REMOVAL

Defendants, Arch Insurance Company and Phenix Transportation West, Inc., without waiving but reserving all rights and defenses, including those under Rule 12 of the Federal Rules of Civil Procedure, give notice of the removal of this action from the 18th Judicial District Court for the Parish of Pointe Coupee, Louisiana, to the United States District Court for the Middle District of Louisiana. In support of this Notice, the defendants state as follows:

### History of the Action

1. The plaintiff, Eugene Kelly, filed his personal injury action on or about July 29, 2015, in the 18th Judicial District Court for Point Coupee Parish, entitled *Eugene Kelly v. Arch Insurance Company, et al.,* bearing number 46,608 on the docket of that court.

2. In his Petition, the plaintiff alleged that he suffered severe and disabling injuries as a result of a motor vehicle accident which occurred on July 25, 2014, on Highway 190 in Pointe Coupee Parish, caused by the negligence of the defendants, Casey Carver, Phenix Transportation West, and Arthur Payton, and that Arch Insurance Company insured some of these defendants.

**Grounds for Removal**

3. The plaintiffs' action is removable on the basis of complete federal diversity jurisdiction pursuant to 28 U.S.C. §§ 1332(a) and 1441 *et seq.*

**Diversity**

4. Complete diversity exists in this case because the only Louisiana defendant, Arthur Payton, was joined in the lawsuit solely to defeat diversity, because no cause of action may be asserted against Arthur Payton.

5. According to the Petition, the plaintiff is domiciled in East Baton Rouge Parish, Louisiana. As to the defendants other than Arthur Payton:

   a) Phenix Transportation West, Inc., is incorporated in Mississippi and has its principal place of business in Mississippi.

   b) Arch Insurance Company is a Missouri corporation with its principal place of business in New York.

   c) Upon information and belief, Casey Carver is a citizen and resident of Mississippi.

**Fraudulent Joinder**

6. The sole Louisiana defendant, Arthur Payton, cannot be sued because he is a co-employee of the plaintiff, and the plaintiff did not allege that Arthur Payton intentionally caused his injury. Further, upon information and belief, Arthur Payton is not at fault in the subject accident.

**Amount in Controversy**

7. The removal of this case is authorized by the provisions of 28 U.S.C. § 1441 *et seq.*, because the amount in controversy exceeds $75,000. The plaintiff did not specify the

amount of damages sought in his Petition for Damages.  However, the plaintiff alleges "severe and disabling" injuries to his neck, lumbar area, and head, and continuing physical and mental pain and suffering and loss of enjoyment of life and past, present and future medical expenses and loss of wages and wage earning capacity.

### Timeliness

8. This matter is timely filed under 28 U.S.C. § 1446(b)(3) because the defendants did not know the extent of the plaintiff's alleged injuries until it received his discovery responses, which bear a certificate of service dated October 28, 2015.  As a result, this Notice has been "filed within thirty days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable."

9. Promptly after the filing of this Notice of Removal, a copy of this Notice will be filed with the Clerk of the 18th Judicial District Court for Pointe Coupee Parish and written notice of this filing will be given to all parties as required by law.  28 U.S.C. § 1446(d).

### Consent of the Defendants

10. As evidenced by the filing of this Notice, Arch Insurance Company and Phenix Transportation West consent to the removal of this action.  Upon information and belief, Casey Carver has not been served, so his consent is unnecessary.  Further, as Arthur Payton has been fraudulently joined, it is not necessary for him to consent to removal of this action.

11. A copy of all pleadings in the state court in possession of counsel is attached collectively as Exhibit A.

**WHEREFORE,** the defendants, Arch Insurance Company and Phenix Transportation West, Inc., hereby remove the state lawsuit from the 18th Judicial District Court for Pointe

Coupee Parish to the United States District Court for the Middle District of Louisiana, and request such other and further relief to which they may be justly entitled.

        Respectfully submitted,

        ADAMS HOEFER HOLWADEL, LLC

        *s/ Ira J. Rosenzweig*
        IRA J. ROSENZWEIG, T.A. (No. 17123)
        PHILLIP J. REW (No. 25843)
        400 Poydras Street, Suite 2450
        New Orleans, Louisiana 70130
        Telephone: (504) 581-2606
        Facsimile: (504) 525-1488
        Email: brh@ahhelaw.com
               ijr@ahhelaw.com

        Attorneys for defendants, Phenix Transportation West, Inc., and Arch Insurance Company

**Certificate of Service**

    I hereby certify that a copy of the foregoing has been served upon counsel for all parties to this proceeding by facsimile, email, and/or by depositing in the United States mail, properly addressed and first class postage prepaid, on this 17th day of November, 2015.

        *s/ Ira J. Rosenzweig*