UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

EUGENE KELLY

CIVIL ACTION

VERSUS

15-772-SDD-EWD

ARCH INSURANCE COMPANY, ET AL.

### RULING

The Court, after carefully considering the *Petition*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doomes dated June 9, 2016, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Plaintiff's *Motion to Remand*[3] is denied.

Baton Rouge, Louisiana the 20 day of July, 2016.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1-2.
[2] Rec. Doc. 20.
[3] Rec. Doc. 5.